1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   WALTER NICK MARTINEZ, JR.,   )          1:04-CV-05863-OWW-WMW-HC
                                  )
12          Petitioner,           )
                                  )          ORDER GRANTING EXTENSION
13          v.                    )          OF TIME
                                  )          (DOCUMENT #9)
14   PLEASANT VALLEY STATE        )
     PRISON,                      )
15                                )
            Respondent.           )
16   _____)

17          Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18   § 2254.  On June 15, 2006, respondent filed a motion for an extension of time to file an answer to the

19   petition for writ of habeas corpus, pursuant to the order of March 15, 2006.  On June 20, 2006, and

20   during the pendency of this request, respondent filed an answer.   Accordingly, the request for an

21   extension of time is GRANTED nunc pro tunc to June 16, 2006.

22   IT IS SO ORDERED.

23   **Dated:    July 13, 2006**                    **/s/  William M. Wunderlich**
     bl0dc4                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28